# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
## 3:10cv347

| | |
|---|---|
| **McCOLL PARTNERS, LLC, a Limited Liability Company,** | )<br>)<br>) |
| **Plaintiff,** | )<br>) |
| Vs. | )     **JUDGMENT** |
| **DME HOLDINGS, LLC,** | )<br>)<br>) |
| **Defendant.** | )<br>) |

**THIS MATTER** having come before the court on plaintiff's Motion for Default Judgment (#8), therein seeking confirmation of the Award of Arbitrator, as sought by plaintiff in its Motion for Order of Confirmation of Arbitration Award ("application")(#1), and the court having considered such motion, the application, and the exhibits annexed to the application, as well as all other pleadings of record, as more specifically discussed in the Memorandum of Decision filed simultaneously herewith,

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that plaintiff's Motion for Default Judgment (#8), seeking confirmation of the Award of Arbitration, is **GRANTED,** and **JUDGMENT** is **ENTERED** providing that the June 2, 2010, Award of Arbitrator (#8-2) is **CONFIRMED** in all respects and that such Award of Arbitrator is incorporated herein in its entirety by reference and made part

of this judgment.

Signed: March 17, 2011

Max O. Cogburn Jr.
United States District Judge